UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

YITZCHOK SCHWARTZ,

        Plaintiff,

- against -

CENTRAL CREDIT SERVICES, INC.,

        Defendant.

-----------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

1:04-cv-01017-ENV-CLP

VITALIANO, D.J.

The Court having been advised by plaintiff's counsel that this action has been settled,

Therefore, it is ORDERED and ADJUDGED that this action is discontinued without cost and without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED

DATED: Brooklyn, New York
March 30, 2006

/s/
_____
ERIC N. VITALIANO
U.S.D.J.